# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TERRY RICHARDSON,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>M D BITER, Warden,<br><br>　　　　　Respondent. | NO. CV 12-10042 BRO (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

　　　　　DATED: _____January 28_____, 2014

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　BEVERLY REID O'CONNELL
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE